FRANK HASBROUCK, as Superintendent of Insurance of the State of New York, Respondent, *v.* THE SANITARY WATER STILL COMPANY, Appellant.

*Emmet* v. *Sanitary Water Still Co.*, 161 App. Div. 288, reversed.
(Argued October 5, 1914; decided October 20, 1914.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 6, 1914, which reversed an order of Special Term denying a motion by plaintiff for judgment on the pleadings and granted said motion in an action to recover upon an alleged contract of indemnity.

The following question was certified: "Does the complaint state facts sufficient to constitute a cause of action?"

*E. Ormonde Power* for appellant.

*Frederic G. Dunham, Albert Reese* and *M. J. Wright* for respondent.

Order of Appellate Division reversed and that of Special Term affirmed, with costs, and question certified answered in the negative on dissenting opinion of LAUGHLIN, J., below.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.